[No. 6477–1. Division One. July 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN
JOE CHURCH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83730, Barbara Durham, J., entered April 6,

1978. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, A.C.J., and Ringold, J.